| | |
|---|---|
| 1 | Fabrice N. Vincent (State Bar No. 160780) |
| 2 | fvincent@lchb.com<br>LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
| 3 | 275 Battery Street, 29th Floor<br>San Francisco, CA  94111-3339 |
| 4 | Telephone: 415.956.1000<br>Facsimile:  415.956.1008 |
| 5 | Attorneys for Plaintiff R.J., a minor, by and through her |
| 6 | Guardian Ad Litem, ANIL JAIN |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| R.J., a minor, by and through her Guardian Ad Litem, ANIL JAIN,<br><br>          Plaintiff,<br><br>v.<br><br>MITSUBISHI MOTORS NORTH AMERICA, INC.,<br><br>          Defendant. | Case No.  3:13-cv-02165-LB<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Honorable Laurel Beeler |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the undersigned counsel hereby stipulate that all claims of Plaintiff R.J., a minor, by and through her Guardian Ad Litem, ANIL JAIN against Defendant MITSUBISHI MOTORS NORTH AMERICA, INC. are dismissed in their entirety with prejudice, and each party shall bear its own costs.

///
///
///
///
///
///
///

1119172.1     - 1 -     STIPULATION OF DISMISSAL WITH PREJUDICE
CASE NO.: 3:13-CV-02165-LB

| | | |
|---|---|---|
| 1 | Dated: June 21, 2013 | LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP |

By: _____
      Fabrice N. Vincent

Fabrice N. Vincent (State Bar No. 160780)
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Email: fvincent@lchb.com

Attorneys for Plaintiff R.J., a minor, by and through her Guardian Ad Litem, Anil Jain.

Dated: June 21, 2013    HEWITT WOLENSKY LLP

By: _____
      Elizabeth V. McNulty

Elizabeth V. McNulty (State Bar No. 192455)
4041 MacArthur Blvd.
Newport Beach, California 92660
Telephone: (949) 783-5050
Facsimile: (949) 783-5051

Attorneys for Defendant Mitsubishi Motors North America, Inc.