1  Fabrice N. Vincent (State Bar No. 160780)
   fvincent@lchb.com
2  LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
   275 Battery Street, 29th Floor
3  San Francisco, CA  94111-3339
   Telephone: 415.956.1000
4  Facsimile: 415.956.1008

5  Attorneys for Plaintiff R.J., a minor, by and through her
   Guardian Ad Litem, ANIL JAIN

6

7

8                  UNITED STATES DISTRICT COURT

9          NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

10

| 11 | R.J., a minor, by and through her Guardian Ad Litem, ANIL JAIN, | Case No. 3:13-cv-02165-LB |
|---|---|---|
| 12 | | **[PROPOSED]** ORDER OF DISMISSAL WITH PREJUDICE |
| 13 | Plaintiff, | |
| 14 | v. | Honorable Laurel Beeler |
| 15 | MITSUBISHI MOTORS NORTH AMERICA, INC., | |
| 16 | Defendant. | |

17

18     IT IS HEREBY ORDERED, ADJUDGED AND DECLARED that all claims of Plaintiff

19  R.J., a minor, by and through her Guardian Ad Litem, ANIL JAIN against Defendant

20  MITSUBISHI MOTORS NORTH AMERICA, INC. are dismissed in their entirety with

21  prejudice, and each party shall bear its own costs.

22     PURUSANT TO STIPULATION, IT IS SO ORDERED.

23

24  Dated:   June 24   , 2013

25                                         _____
                                           LAUREL BEELER
26                                         United States Magistrate Judge

27

28

1119173.1                      - 1 -                    ORDER OF DISMISSAL
                                                        WITH PREJUDICE
                                                        CASE NO.: 3:13-CV-02165-LB