UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| R.J., a minor, by and through her Guardian Ad Litem, ANIL JAIN,<br><br>Plaintiffs,<br><br>v.<br><br>MITSUBISHI MOTORS NORTH AMERICA, INC.,<br><br>Defendant.<br>_____/ | No. C 13-02165 LB<br><br>**ORDER REGARDING DEPOSIT OF SETTLEMENT AMOUNT INTO THE COURT'S REGISTRY FUND** |

Anil Jain and R.J. (collectively, "Plaintiffs") sued Mitsubishi Motors North America, Inc. ("Mitsubishi") under strict liability theories of design and manufacturing defect and failure to warn. Complaint, ECF No. 1.[1] Thereafter, the parties agreed to settle this action pursuant to the terms of their Confidential Settlement Agreement, Release and Indemnity Agreement (the "Settlement Agreement"). Settlement Agreement, ECF No. 6-1. Upon motion of Plaintiff Anil Jain, as guardian ad litem for minor plaintiff R.J., the court approved the settlement with respect to R.J.'s claims. 5/24/2013 Order, ECF No. 11. Specifically, the court found the settlement amount to be fair and reasonable in light of the facts of the case, R.J.'s claims, and recoveries in similar cases. *Id.* The court also found the settlement to be in the best interest of all parties. *Id.*

The court's order, however, did not specifically direct the Clerk of the Court to accept and

---

[1] Citations are to the Electronic Case File ("ECF") with pin cites to the electronic page number at the top of the document, not the pages at the bottom.

C 13-02165 LB
ORDER

deposit the settlement amount owed to R.J. into the court's registry fund. *See generally id.* The court since has learned that the Clerk of the Court requires an order specifically directing it to do so. Accordingly, the court hereby **DIRECTS** the Clerk of the Court to accept and deposit the settlement amount owed to R.J. into the court's registry fund.

**IT IS SO ORDERED.**

Dated: July 10, 2013

_____
LAUREL BEELER
United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

C 13-02165 LB
ORDER
2