UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| R.J., a minor, by and through her Guardian Ad Litem, ANIL JAIN,<br><br>Plaintiff,<br><br>v.<br><br>MITSUBISHI MOTORS NORTH AMERICA, INC.,<br><br>Defendant. | Case No. 3:13-cv-02165-LB<br><br>**[PROPOSED] ORDER RELEASING FUNDS TO R.J.**<br><br>Honorable Laurel Beeler |

Plaintiff R.J. was born on November 14, 1999. A settlement of her claims against Mitsubishi Motors North America, Inc. was approved by this court on May 24, 2013. Under the terms of the settlement, R.J.'s settlement funds were deposited with this court, which received those funds in June 2013, and those funds were due to be forwarded to R.J. once she reached 18 years of age.

Now that R.J. has turned 18 years of age, as of November 14, 2017, it is therefore ordered that R.J.'s settlement proceeds, with any and all interest earned on them, be now forwarded to her by this Court's Administration Department.

Counsel for R.J., Fabrice Vincent at Lieff Cabraser Heimann & Bernstein, LLP, is hereby ordered to provide R.J.'s full name, current mailing address and phone number to the Court Clerk's Office Administration Department.

1  It is further ordered that R.J.'s settlement proceeds, with any and all interest earned on
2  them, be now forwarded to R.J. by mail by this Court's Administration Department.
3  Counsel Vincent is ordered to update R.J. and her prior Guardian ad Litem, Anil Jain (her
4  father) with a copy of this [Proposed] Order.

5
6  Dated: November ___, 2017

   HONORABLE LAUREL BEELER

1459521.1                                   - 2 -                        [PROPOSED] ORDER RELEASING
                                                                         FUNDS TO R.J.
                                                                         CASE NO.: 3:13-CV-02165-LB