1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

10
11

R.J., a minor, by and through her Guardian
Ad Litem, ANIL JAIN,

Case No.  3:13-cv-02165-LB

12

Plaintiff,

[~~PROPOSED~~] ORDER RELEASING
FUNDS TO R.J.

13

v.

Honorable Laurel Beeler

14
15

MITSUBISHI MOTORS NORTH
AMERICA, INC.,

16

Defendant.

17
18

    Plaintiff R.J. was born on November 14, 1999.  A settlement of her claims against

19

Mitsubishi Motors North America, Inc. was approved by this court on May 24, 2013.  Under the

20

terms of the settlement, R.J.'s settlement funds were deposited with this court, which received

21

those funds in June 2013, and those funds were due to be forwarded to R.J. once she reached 18

22

years of age.

23

    Now that R.J. has turned 18 years of age, as of November 14, 2017, it is therefore ordered

24

that R.J.'s settlement proceeds, with any and all interest earned on them, be now forwarded to her

25

by this Court's Administration Department.

26

    Counsel for R.J., Fabrice Vincent at Lieff Cabraser Heimann & Bernstein, LLP, is hereby

27

ordered to provide R.J.'s full name, current mailing address and phone number to the Court

28

Clerk's Office Administration Department.

1   It is further ordered that R.J.'s settlement proceeds, with any and all interest earned on

2   them, be now forwarded to R.J. by mail by this Court's Administration Department.

3   Counsel Vincent is ordered to update R.J. and her prior Guardian ad Litem, Anil Jain (her

4   father) with a copy of this [Proposed] Order.

5

6   Dated:  November  15 , 2017                    _____

                                                HONORABLE LAUREL BEELER

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28